# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAVIER ALFREDO VILLELA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.,*<br><br>　　　　Defendants. | Case No. 2:15-cv-00826-LDG (VCF)<br><br>**ORDER** |

　　　　Javier Alfredo Villela filed an application to proceed *in forma pauperis* and a document captioned "Appeal to Dismiss for Lack of Jurisdiction." As the United States District Court, District of Nevada, is not an appellate court, the Court construes the document as a complaint. The Magistrate Judge granted Villela's application to proceed *in forma pauperis*.

　　　　As Villela sought to pursue his claims *in forma pauperis*, the court screens the complaint pursuant to 28 U.S.C. §1915(e). The Magistrate Judge also issued a Report and Recommendation (ECF No. 2) that the complaint be dismissed with prejudice for failure to state a claim, which failure cannot be cured by amendment. Villela did not timely file objections. Accordingly, for good cause shown,

THE COURT **ADOPTS** the Report and Recommendation (ECF No. 2);

THE COURT **ORDERS** that plaintiff Javier Alfredo Villela's complaint is DISMISSED with prejudice.

DATED this __10__ day of March, 2017.

_____
Lloyd D. George
United States District Judge

2